**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1427
_____

WILLIAM E. HOOKER,

                                        Appellant

v.

NOVO NORDISK INC.

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(D.C. Civ. Action No. 3:16-cv-04562)
District Judge: Honorable Michael A. Shipp

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
December 14, 2020

BEFORE: GREENAWAY, JR., SHWARTZ, and FUENTES, *Circuit Judges*

_____

JUDGMENT

_____

This cause came to be considered on the record from the United States District Court from the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on December 14, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court entered January 31, 2020, is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

Costs taxed against Appellant.

ATTESTED:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 22, 2021